Joseph H. Harrington
United States Attorney
Eastern District of Washington
Timothy J. Ohms
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 2:18-CR-0105-SAB |
| vs. | Notice of Intent to Offer Certificate of Absence of Public Record |
| AMANDA GAYLE FERGUSON, | |
| Defendant. | |

Plaintiff, United States of America, by and through Joseph H. Harrington, United States Attorney for the Eastern District of Washington, and Timothy J. Ohms, Assistant United States Attorney for the Eastern District of Washington, hereby provides notice, pursuant to Rule 803(10)(a)(2) of the Federal Rules of Evidence, that it intends to offer a Certificate of Record Search to prove that the weapon and device capable of being concealed on the person from which a shot can be discharged through the energy of an explosive, with no serial number, alleged in Count 3 of the Indictment filed on June 20, 2018; the Winchester brand, model 12, 12 gauge pump shotgun, bearing original serial number 1036167, having a barrel of less than 18 inches in length alleged in Count 10 of the Indictment filed

Notice of Intent to Offer Certificate of Absence of Public Record - 1

on June 20, 2018; and the destructive device, further described as a Rheinmetall MK 13-0, BTV-1 EL diversionary grenade alleged in Count 12 of the Indictment filed on June 20, 2018, were not registered to the Defendant in the National Firearm Registration and Transfer Record. Specifically, that a search of the National Firearm Registration and Transfer Record was conducted on or about October 20, 2016, and January 23, 2017, using the name and date of birth of the Defendant, and the serial numbers of the alleged firearms and destructive devices (if any), and that no record was found. The Certificate of Record Search has been made available to the Defendant as part of the discovery produced in this case at discovery pages 359-361.

Dated:  August 28, 2018.

Joseph H. Harrington
United States Attorney

*s/ Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

Notice of Intent to Offer Certificate of Absence of Public Record - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

William Miles Pope
Federal Defenders
10 North Post Ave., Suite 700
Spokane, WA  99201

*s/ Timothy J. Ohms*
Timothy J. Ohms
Assistant United States Attorney

Notice of Intent to Offer Certificate of Absence of Public Record - 3