1
2


Lorinda Youngcourt
10 North Post Street, Suite 700
Spokane, Washington 99201
509.624.7606
Attorney for Amanda Gayle Ferguson

3
4
5
6           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON
7

8   UNITED STATES,                    No. 2:18-CR-105-SAB

9              Plaintiff,

10       vs.                          Notice of No Formal Objections
                                      to PSIR
11  Amanda Gayle Ferguson,

12             Defendant.

13
14
15
16
17
18
19

On June 13, 2019, the United States Probation Office disclosed the draft PSIR. (ECF 42). Amanda Ferguson and counsel reviewed the draft and found no issues. As a result there are no formal objections.

Dated: June 27, 2019.

                                                S/Lorinda Youngcourt
Lorinda Youngcourt, WA 50998
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email:Lorinda_Youngcourt@fd.org

SERVICE CERTIFICATE

I certify that on June 27, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorneys: Timothy Ohms.

    S/Lorinda Youngcourt
Lorinda Youngcourt, WA 50998
Federal Defenders of
Eastern Washington and Idaho
10 N Post Suite 700
Spokane, Washington 99201
(509) 624-7606
(509) 747-3539
Email: Lorinda_Youngcourt@fd.org