PROB 12C
(6/16)

Report Date:  June 15, 2026

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 15, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Gayle Ferguson          Case Number: 0980 2:18CR00105-SAB-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 5, 2019

Original Offense:          Possession of an Unregistered Firearm, 21 U.S.C. §§ 5845(a),(e), 5861(d), 5871; Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924(a)(2); Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2), and Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence:     Prison - 96 months;          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   U.S. Attorneys Office          Date Supervision Commenced: August 8, 2024

Defense Attorney:      Federal Defenders Office      Date Supervision Expires: August 7, 2027

---

### PETITIONING THE COURT

To issue a warrant.

On August 12, 2024, a supervision intake was completed with Amanda Ferguson.  She signed a copy of her judgment indicating and understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release, by consuming a controlled substance, fentanyl on or about May 13, 2026.

Ms. Ferguson is enrolled in random drug testing with Pioneer Human Services (PHS).  She is required to call the testing line daily to determine if she is expected to appear that same day for a urinalysis.

Prob12C
**Re: Ferguson, Amanda Gayle**
**June 15, 2026**
**Page 2**

On May 13, 2026, Ms. Ferguson appeared at PHS and submitted to a urinalysis. The sample tested presumptive positive for fentanyl. She denied use and the sample was sent to the lab for additional testing. A lab report has since been received and confirmed a positive presence for fentanyl.

2 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release, by consuming a controlled substance, fentanyl on or about June 5, 2026.

On June 5, 2026, Ms. Ferguson reported to the U.S. Probation Office and submitted to a urinalysis. The sample tested presumptive positive for fentanyl. She denied use and the sample was sent to the lab for additional testing. A lab report has since been received and confirmed a positive presence for fentanyl.

3 **Special Condition # 4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release, by consuming a controlled substance, fentanyl on or about June 9, 2026.

Ms. Ferguson is enrolled in random drug testing with Pioneer Human Services (PHS). She is required to call the testing line daily to determine if she is expected to appear that same day for a urinalysis.

On June 9, 2026, Ms. Ferguson appeared at PHS and submitted to a urinalysis. The sample tested presumptive positive for fentanyl. She denied use and the sample was sent to the lab for additional testing. The lab report is currently pending.

On June 10, 2026, she reported to the U.S. Probation Office and submitted to a urinalysis. The sample tested presumptive positive for fentanyl. She again denied use and the sample was sent to the lab for additional testing. Later that same day, she sent the undersigned officer an email indicating she consumed fentanyl on one occasion.

On June 12, 2026, the undersigned officer received information from a Spokane Valley police officer that they had contacted Ms. Ferguson at a gas station for a welfare check as she had been sleeping in her car. Ms. Ferguson was contacted and directed to report to the probation office by 1 p.m. Although she was late, Ms. Ferguson reported. She reported she had not used controlled substances since leaving the probation office on June 10, 2026. She then stated that she started using fentanyl around May 13, 2026, and it escalated to doing lines of fentanyl twice a day until approximately June 10, 2026.

Prob12C
**Re: Ferguson, Amanda Gayle**
**June 15, 2026**
**Page 3**

4  **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by leaving the probation office against directive of the probation officer, on or about June 12, 2026.

On June 12, 2026, while at the U.S. Probation Office, the undersigned officer directed her to remain at the probation office in order to work with the duty officer for the purpose of receiving assistance in having Ms. Ferguson placed at the Spokane Regional Stabilization Center.  Mr. Ferguson disregarded this directive and nearly immediately left the building.

5  **Standard Condition #2**: After initially reporting to the probation office, you will receive instruction from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release, by failing to report as directed, on or about June 12, 2026.

On June 12, 2026, while at the U.S. Probation Office, the undersigned officer directed her to remain at the probation office in order to work with the duty officer for the purpose of receiving assistance in having Ms. Ferguson placed at the Spokane Regional Stabilization Center.  Mr. Ferguson disregarded this directive and nearly immediately left the building.

Approximately 10 minutes later, the undersigned officer attempted to reach Ms. Ferguson by phone, however, she did not answer and a voice mail could not be left.  A text message was then sent directing her to immediately report back to the probation office.  Ms. Ferguson failed to return to the probation office.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    06/15/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Ferguson, Amanda Gayle**
**June 15, 2026**
**Page 4**


THE COURT ORDERS

[ ]    No Action
[X]   The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
  Signature of Judicial Officer

6/15/2026
_____
  Date