PROB 12C
(6/16)

Report Date: October 5, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2026

SEAN F. MCAVOY, CLERK

ECF No 88

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Gayle Ferguson    Case Number: 0980 2:18CR00105-SAB-1

Address of Offender: [redacted] Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 5, 2019

Original Offense: Cts. 3, 10, 12: Possession of an Unregistered Firearm, 21 U.S.C. §§ 5845(a),(e), 5861(d), 5871; Cts. 6, 11: Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924(a)(2); Ct. 7: Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2), and Ct. 9: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence: Prison - 96 months
TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Earl Hicks    Date Supervision Commenced: August 8, 2024

Defense Attorney: Zachary Cain    Date Supervision Expires: August 7, 2027

## PETITIONING THE COURT

To issue a **warrant**.

On August 12, 2024, a supervision intake was completed with Amanda Ferguson. She signed a copy of her judgment indicating and understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #2**: After initially reporting to the probation office, you will receive instruction from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by failing to report as directed since on or about September 28, 2026.

On September 25, 2026, the undersigned officer responded to an email from Ms. Ferguson. She was directed to report the morning of September 28, 2026. On September 28, 2026, she failed to report.

On September 29, 2026, the undersigned officer responded to another email from Ms. Ferguson, directing her to report in person that same day, no later than 3 p.m. Ms. Ferguson again failed to report.

2 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by failing to appear for a urinalysis on or about September 28, 2026.

On September 25, 2026, the undersigned officer responded to an email from Ms. Ferguson. She was directed to resume calling the drug testing line, which requires her to appear for a random drug test at Pioneer Human Services (PHS), if the drug testing line listed her color for testing. On September 28, 2026, she was expected to report to PHS for a random urinalysis. PHS advised she failed to appear for a random urinalysis on September 28, 2026.

3 **Standard Condition #8:** You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

**Supporting Evidence**: Amanda Ferguson allegedly violated the terms of her supervised release, by associating with a known felon on or about September 25 and October 2, 2026.

On October 2, 2026, the undersigned officer had a phone call with Ms. Ferguson. During this phone call, Ms. Ferguson admitted she was associating with a male, to include on September 25, 2026, who is a convicted felon and who this officer had previously denied Ms. Ferguson to have any contact with. That same day, she reported to the probation office and admitted she drove to the probation office with him and he was outside waiting in her car.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/05/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

10/6/2026

Date