PROB 12C
(6/16)

Report Date: October 19, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2026

SEAN F. MCAVOY, CLERK

ECF No 104

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amanda Gayle Ferguson    Case Number: 0980 2:18CR00105-SAB-1

Address of Offender: [redacted]

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: December 5, 2019

Original Offense: Cts. 3, 10, 12: Possession of an Unregistered Firearm, 21 U.S.C. §§ 5845(a),(e), 5861(d), 5871; Cts. 6, 11: Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1), 924(a)(2); Ct. 7: Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j), 924(a)(2), and Ct. 9: Felon in Possession of a Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1), 924(a)(2)

Original Sentence: Prison - 96 months
TSR - 36 months    Type of Supervision: Supervised Release

Asst. U.S. Attorney: Earl A. Hicks    Date Supervision Commenced: August 8, 2024

Defense Attorney: John Gregory Lockwood    Date Supervision Expires: August 7, 2027

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in the petition in future proceedings with the violation(s) previously reported to the Court on October 5, 2026.

On August 12, 2024, a supervision intake was completed with Amanda Ferguson. She signed a copy of her judgment indicating and understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 3**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by failing to appear for a substance abuse assessment on or about September 28 and October 2, 2026. |

On October 2, 2026, Ms. Ferguson reported to the U.S. probation office. At that time, she advised that she was scheduled for a substance abuse assessment with Spokane Addiction and Recovery Centers (SPARC) on September 28, 2026, but missed the appointment. She further reported that the appointment was rescheduled to October 2, 2026, but she again missed her appointment for the substance abuse assessment.

5 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about October 2, 2026.

On October 2, 2026, Ms. Ferguson reported to the U.S. probation office. She submitted to a urinalysis that tested presumptive positive for methamphetamine. The sample was sent to the lab for further testing. A lab report has since been received, confirming a positive presence for methamphetamine and amphetamine.

6 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about October 2, 2026

On October 2, 2026, Ms. Ferguson reported to the U.S. probation office. She submitted to a urinalysis that tested presumptive positive for fentanyl. The sample was sent to the lab for further testing. A lab report has since been received, confirming a positive presence for fentanyl and norfentanyl.

7 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by consuming a controlled substance, lorazepam, on or about October 2, 2026.

On October 2, 2026, Ms. Ferguson reported to the U.S. probation office. She submitted to a urinalysis that tested presumptive positive for benzodiazepine. The sample was sent to the lab for further testing. A lab report has since been received, confirming a positive presence for lorazepam, a controlled substance requiring a prescription belonging to the class of drugs, benzodiazepine.

8 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by consuming a controlled substance, methamphetamine, on or about October 5, 2026.

On October 5, 2026, Ms. Ferguson reported to the U.S. probation office. She submitted to a urinalysis that tested presumptive positive for methamphetamine. The sample was sent to the lab for further testing. A lab report has since been received, confirming a positive presence for methamphetamine and amphetamine.

9 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about October 5, 2026.

On October 5, 2026, Ms. Ferguson reported to the U.S. probation office. She submitted to a urinalysis that tested presumptive positive for fentanyl. The sample was sent to the lab for further testing. A lab report has since been received, confirming a positive presence for fentanyl and norfentanyl.

10 **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Amanda Ferguson violated the terms of her supervised release by consuming a controlled substance, fentanyl, on or about October 8, 2026.

On October 8, 2026, Ms. Ferguson reported to the U.S. Probation Office. She submitted to a urinalysis that tested presumptive positive for fentanyl. The sample was sent to the lab for further testing. A lab report has since been received, confirming a positive presence for fentanyl and norfentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/19/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Stan Bastian
Signature of Judicial Officer

10/19/2026
Date